# United States Court of Appeals
## For the First Circuit

# BILL OF COSTS FORM

Please see 1st Cir. R. 39.0 for instructions before completing this form. A request for costs must be filed within 14 days of judgment. Fed. R. App. P. 39(d)(1). Any opposition must be filed within 14 days after service of the request. Fed. R. App. P. 39(d)(2). A schedule of Maximum Rates for Taxation of Costs is posted on the court's website at www.ca1.uscourts.gov and is available by request to the clerk's office. See 1st Cir. R. 39.0. A copy of a vendor's bill showing actual costs incurred must be attached, if applicable. If the briefs were produced in-house, a statement from counsel must be attached specifying the actual cost for reproduction, binding and covers. Costs are taxed at the maximum rates set by the clerk or at the actual cost, whichever is lower. 1st Cir. R. 39.0(a). The maximum number of copies for which costs may be recovered is set forth in 1st Cir. R. 39.0(b).

Case No.: 23-1565    Title: Harper v. Daniel I Werfel, et al.

Filed on behalf of: Daniel I. Werfel and Internal Revenue Service

The Clerk is requested to tax the following costs against: James Harper (Plaintiff-Appellant)

IF SEEKING COSTS FOR OR AGAINST THE UNITED STATES, pursuant to Fed. R. App. P. 39(b), please specify statutory or other authority: _____

| COSTS TAXABLE UNDER FED. R. APP. P. 39 and 1st CIR. R. 39.0 | AMOUNT REQUESTED | | | | | | For internal use only |
|---|---|---|---|---|---|---|---|
| | NO. OF COPIES | PAGES PER COPY | COST PER PAGE | COST PER BINDING | COST PER COVER | TOTAL COST | |
| DOCKETING FEE $500.00* | | | | | | | |
| BRIEF | 9 | 88 | 0.07 | | | 55.44 | |
| REPLY BRIEF | | | | | | 0.00 | |
| APPENDIX | | | | | | 0.00 | |
| TOTAL AMOUNT REQUESTED: | | | | | | **$55.44** | |

I, Kathleen E. Lyon, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action. A certificate of service is attached pursuant to Fed. R. App. P. 25(d).

Signed: /s/ Kathleen E. Lyon        Dated: October 2, 2024

---

*If the notice of appeal or petition was filed before December 1, 2013, the docketing fee is $450. If it was filed on or after that date, the docketing fee is $500.

# MEMORANDUM

| Subject: | Date: |
|---|---|
| Cost of Duplicating the Answering Brief for the Commissioner of Internal Revenue | October 2, 2024 |

| From: | To: |
|---|---|
| Brian Depasse, Acting Executive Officer | David A. Hubbert, Deputy Assistant Attorney General |

This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is 7 cents per page. Consequently, I certify that the cost of duplicating 9 copies of the answering brief for the Commissioner of Internal Revenue in James Harper *v. Daniel I. Werfel, in his official capacity as Commissioner of the Internal Revenue Service; Internal Revenue Service*, No. 23-1565 filed in the United States Court of Appeals for the First Circuit is as follows:

| | | |
|---|---|---|
| Answering Brief: | 792 sheets duplicated at $0.07 per copy = | $55.44 |
| Total: | | $55.44 |

17222928.1

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIRST CIRCUIT

| | |
|---|---|
| JAMES HARPER, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) No. 23-1565 |
| | ) |
| DANIEL I. WERFEL, in his official capacity as | ) |
| Commissioner of the Internal Revenue Service; | ) |
| INTERNAL REVENUE SERVICE; | ) |
| JOHN DOE IRS AGENTS 1-10, | ) |
| | ) |
| Defendants-Appellees. | ) |
| | ) |

## DECLARATION

KATHLEEN E. LYON, counsel for the appellees, the Commissioner of Internal Revenue, states as follows:

1. Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to the prevailing party in any civil action brought by or against the United States or any agency

or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action." Under 28 U.S.C. § 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

2. I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity, I have knowledge of the cost of duplicating the appellees answering brief filed and served in the United States Court of Appeals for the First Circuit in the above-entitled case. The total cost of duplicating said item was $55.44, as shown by the Bill of Costs form and the Tax Division's memorandum certifying in-house photocopying costs, dated October 2, 2024. The total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 2nd day of October, 2024, at Washington D.C.

        /s/ Kathleen E. Lyon
        KATHLEEN E. LYON
        *Attorney for the Appellees*

17222928.1

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I electronically filed the foregoing bill of costs with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

    Sheng Tao Li: Sheng.Li@NCLA.legal

    Richard A. Samp:  Rich.Samp@NCLA.legal


      /s/ Kathleen E. Lyon
      KATHLEEN E. LYON
      *Attorney*